### 36394. McZORN v. TAYLOR et al.
### 36395, 36396. IN RE McZORN (two cases).

PER CURIAM.
Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED JUNE 27, 1980 — DECIDED SEPTEMBER 9, 1980.

*Vernon J. Neely,* for appellants.
*William McCracken,* for appellees.